FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 10 2021

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IGOR DECASTRO                                                                PLAINTIFF

vs.                             CASE NO. 4:21CV1194-KGB

BANK OZK, JAMES ADAMS
and HOT SPRINGS NEUROLOGY CLINIC, P.A.                        DEFENDANTS

## COMPLAINT

COMES the Plaintiff, **IGOR DECASTRO,** by and through counsel, **SUTTER & GILLGHAM, P.L.L.C.;** and, for this Complaint, he states:

### PARTIES AND JURISDICTION

1. Plaintiff is a resident and citizen of the State of Georgia, who brings this action for an accounting against his former employers, Defendants, **JAMES ADAMS and HOT SPRINGS NEUROLOGY CLINIC, P.A.,** (hereinafter "Defendants"). Defendant, James Adams, is a resident and citizen of the State of Arkansas who owns, Separate Defendant, **HOT SPRINGS NEUROLOGY CLINIC, P.A.,** an Arkansas corporation with its principal place of business in Garland County, Arkansas. The Bank Ozk is an Arkansas corporation with its principal place of business in this Court's District who currently holds monies due the Plaintiff.

2. This is an action for accounting. The amount in controversy involves an amount of more than $275,000, so this Court has diversity jurisdiction under 28 USC 1334. Venue is proper under 28 USC 1391(b), since the property at issue is located in this Court's district.

### GENERAL ALLEGATIONS OF FACT

3. Plaintiff was employed by the Defendants as a Neurosurgeon in 2010 and left employment in 2017.

This case assigned to District Judge Baker
and to Magistrate Judge Ray

4. There was a written Employment Agreement that guaranteed Plaintiff $650,000.00 per year for the first 18 months of his employment. Afterwards, Defendants agreed that Plaintiff would receive the net proceeds of his production, less 33% of the overhead, but Defendants breached this agreement.

5. During the course of his employment with the Defendants, Plaintiff never received one dime more than his salary.

6. Plaintiff became suspicious that Defendants were inflating the overhead fraudulently so, Plaintiff requested an accounting from Defendants.

7. Defendants failed and refused to provide an accounting.

8. Upon information and belief, there is currently a secret account located at the Bank Ozk, whose headquarters are located in Pulaski County, Arkansas.

9. Upon information and belief, Plaintiff alleges that the money in the secret account at Bank Ozk belongs to Plaintiff.

10. Upon information and belief, Plaintiff believes the amount of money held in that Bank Ozk bank account exceeds $75,000.

## COUNT I

11. Plaintiff realleges the foregoing as if more fully set out herein.

12. By virtue of the facts alleged herein, Defendants agreed to compensate the Plaintiff for his production above an agreed upon amount. Plaintiff signed the agreement, but Defendants never provided Plaintiff a fully executed agreement.

13. Upon information and belief, Plaintiff alleges that Defendants have breached their contract with the Plaintiff, such that money is now due and owing the executed Plaintiff.

14. However, Plaintiff does not want one nickel he is not owed. Therefore, Plaintiff respectfully requests this Court order an accounting.

15. Upon completion of the accounting, this Court should order the Defendants to pay the Plaintiff the amount due and owed to the Plaintiff.

## COUNT II

16. Plaintiff realleges the foregoing as if more fully set out herein.

17. Plaintiff brings Count II for declaratory judgment, seeking a declaratory judgment that Plaintiff is the true and lawful owner of some, if not all, of the funds located in the account held at the Bank Ozk in Pulaski County, Arkansas.

18. Plaintiff is in fact the lawful owner of the funds held in the account located at the Bank Ozk, and Dr. Adams has converted the funds by failing to turn over these funds and concealing them from the Plaintiff.

19. Accordingly, Plaintiff seeks declaratory judgment that he is in fact the lawful owner of the funds located in the account held at the Bank Ozk in Pulaski County, Arkansas.

## JURY DEMAND

20. Plaintiff requests a trial by jury in the event the accounting demonstrates the Defendants are in fact indebted to the Plaintiff and/or for a trial by jury for all issues triable.

**WHEREFORE**, Plaintiff, prays for Order compelling the Defendants to provide an accounting; for declaratory judgment that the Plaintiff is the lawful owner of the funds held in the account located at the Bank Ozk; for appropriate compensatory and punitive damages against the Defendants in an amount to be set by the jury in the event the accounting demonstrates the Defendants are in fact indebted to the Plaintiff; for a trial by jury for all issues triable; for reasonable attorneys' fees under ACA §16-22-308; for costs; and, for all other proper relief.

Respectfully submitted.

Luther Oneal Sutter, Esq., ARBN 95031
Lucien R. Gillham, Esq., ARBN 99199
Attorneys for Plaintiff
**SUTTER & GILLHAM, P.L.L.C.**
310 W. Conway Street
Benton, AR 72015
501/315-1910 – Office
501/315-1916 - Facsimile
Luther.sutterlaw@gmail.com
Lucien.gillham@gmail.com

By: _/s/ Luther Sutter_